MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Facsimile: (415) 436-7234
   E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00262 JSW |
|    Plaintiff, | ) | |
|    v. | ) | STIPULATION REGARDING PROTECTIVE ORDER FOR PRODUCTION OF PLEA AGREEMENTS AND INTERVIEW REPORTS |
| PEDRO RODRIGUEZ, | ) | |
|    Defendant. | ) | |

     The United States of America, by and through its attorneys, Melinda Haag, United States Attorney for the Northern District of California, and Aaron Wegner, Assistant U.S. Attorney, and defendant Pedro Rodriguez, by and through his counsel of record, hereby agree as follows:

     The United States shall disclose to counsel for the defendant copies of cooperating sources' plea agreements and agency reports from interviews with some of the cooperating sources (collectively referred to as "cooperator materials"). The cooperator materials shall be used by the defendant and his counsel only for the purposes of trial or assisting them with trial preparation of this criminal case. The defendant and his counsel shall not, in the absence of a

further Court order, produce, reveal, or disclose the cooperator materials, or any portion thereof or information contained therein, to any third party except as necessary for effective trial preparation in this criminal action. In addition, the defendant and his counsel shall not make direct or indirect use of the information contained in the cooperator materials in any other proceeding. The cooperator materials shall not be copied at all unless copying is necessary for preparation of the defense in this proceeding. Notwithstanding the foregoing, copies of the cooperator materials may not be retained by any party (including the defendant) other than the defendant's counsel without further order of the Court based upon a showing of good cause. Any pleading that includes or makes reference to the cooperator materials shall be filed under seal. All copies of the cooperator materials shall be returned to the government upon the conclusion of this matter.

STIPULATED:

DATED: June 25, 2012        /s/
                                AARON D. WEGNER
                                Assistant United States Attorney

DATED: June 25, 2012        /s/
                                ELIZABETH FALK
                                Attorney for Defendant Pedro Rodriguez