STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PEDRO DANIEL RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 12-262 JSW <br><br> **AMENDED STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING** <br><br> Date: January 10, 2013 <br> Time: 2:00 p.m. <br> Court: The Honorable Jeffrey S. White |

The parties hereby stipulate and agree as follows:

1. This matter is currently set for sentencing on January 10, 2013 at 2:00 p.m.;

2. Defendant requests a continuance of one month in order to provide more information to the Probation Department in connection with several departures she believes are applicable to this case prior to the Draft Presentence Report being disclosed;

3. Counsel for the government has been contacted and has no objection to the continuance;

4. Probation Officer Trevor Lillian has been advised of the new date, is available for the sentencing and has no objection to the request for a continuance;

12-262 JSW; Amended Stipulation to Continue           1

5. The defense thus requests that the status conference be continued to February 14, 2013 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: November 26, 2012

                                               /s/
                          ELIZABETH M. FALK
                          ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: November 26, 2012

                                               /s/
                          AARON WEGNER
                          ASSISTANT UNITED STATES ATTORNEY

## [~~PROPOSED~~] ORDER

For the reasons set forth above, the hearing in the aforementioned matter is hereby
CONTINUED from January 10, 2013 at ~~11:00 a.m~~. to February 14, 2013 at 2:00 p.m.

**IT IS SO ORDERED**.

DATED: December 3, 2012                                        /s/ Jeffrey S. White
                                                      THE HONORABLE JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE