MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

1301 Clay St., 3rd Floor
Oakland, California 94612
Telephone: (510) 637-3740
Fax: (510) 637-3724
E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00262 JSW |
|---|---|---|
| Plaintiff, | ) | NOTICE OF WITNESS TESTIMONY BY THE GOVERNMENT AT SENTENCING HEARING |
| v. | ) | |
| PEDRO DANIEL RODRIGUEZ | ) | |
| Defendant. | ) | |

The sentencing hearing for the defendant, Pedro Rodriguez, is currently scheduled for February 14, 2013. The government hereby notices the Court that it anticipates a contested sentencing hearing and expects to call at least one witness at the hearing. The primary areas of dispute among the parties include whether the defendant is safety-valve eligible and whether he qualifies for a minor-role adjustment.

The Court's deputy has advised the government that the sentencing hearing will need to be continued as a result of government's intention to call witnesses. After consulting with defense counsel and the probation officer, the government provides the Court with the following list of dates whereby one of the necessary parties is unavailable for a sentencing hearing:

February 4, February 7, February 15, February 21, and February 22.

DATED: January 28, 2013          Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
AARON D. WEGNER
Assistant United States Attorney