1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
      1301 Clay St., 3rd Floor
6     Oakland, California 94612
      Telephone: (510) 637-3740
7     Fax: (510) 637-3724
      E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States
9

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,        )   No. CR-12-00262 JSW
                                    )
         Plaintiff,                 )   [PROPOSED] ORDER CONTINUING
                                    )   SENTENCING HEARING
      v.                            )
                                    )
   PEDRO DANIEL RODRIGUEZ,          )
                                    )
         Defendants                 )
   _____)

   On January 28, 2013, the government notified the Court that it expects to call at least one witness at the sentencing hearing for the defendant. The sentencing hearing is currently scheduled for February 14, 2013. As a result of the anticipated testimony, the Court hereby ORDERS that the sentencing hearing for the defendant shall be continued to ~~February ___, 2013.~~ March 12, 2013 at 9:30 a.m.

   IT IS SO ORDERED.

   DATED: January 29, 2013

                                    _____
                                    HON. JEFFREY S. WHITE
                                    United States District Judge