MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

1301 Clay St., 3rd Floor
Oakland, California 94612
Telephone: (510) 637-3740
Fax: (510) 637-3724
E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-12-00262 JSW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING SENTENCING HEARING |
| PEDRO DANIEL RODRIGUEZ, | ) |
| Defendant. | ) |

The United States of America, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

1. The sentencing hearing for the defendant is currently set for March 12, 2013, at 2:00 p.m.

2. The government anticipates a contested sentencing hearing and expects to call at least one witness at the hearing. However, the witness's attorney is not available on March 12, 2013 at 2:00 p.m.

3. Thus, the parties respectfully request that the Court continue the defendant's sentencing hearing. Defense counsel is not available on March 25 or March 26 and government counsel is not available on April 9. Government counsel spoke with the Court's deputy and she

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING HEARING
CR-12-00262 JSW

advised that either March 27, 2013 or April 2, 2013 would work for the Court. Both of those dates are agreeable to the parties and the Probation Officer.

SO STIPULATED.

Dated: February 12, 2013

/s/
AARON D. WEGNER
Assistant United States Attorney

Dated: February 12, 2013

/s/
ELIZABETH FALK
Counsel for Defendant

## ORDER

For good cause shown, the Court ORDERS that the sentencing hearing currently scheduled for March 12, 2013, is vacated. The new date for the sentencing hearing is March 27, 2013. at 9:00 a.m.

SO ORDERED.

Dated: February 12, 2013

HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING HEARING
CR-12-00262 JSW          2