STEVEN G. KALAR
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-262 JSW |
| Plaintiff, | NOTICE OF APPEAL |
| v. | |
| PEDRO DANIEL RODRIGUEZ, | |
| Defendants. | |

Pursuant to Fed. App. P 4(b), the defendant, through undersigned counsel, hereby notices an appeal from the judgment entered by the Court on March 27, 2013.

Dated: March 27, 2013                    Respectfully submitted,

                                         STEVEN G. KALAR
                                         Federal Public Defender

                                         _____
                                         ELIZABETH FALK
                                         Assistant Federal Public Defender